IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND HANDLING CONCEPTS CORPORATION** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 23-145 |
| | : | |
| **INVATA, LLC f/k/a INVATA, INC. d/b/a INVATA INTRALOGISTICS** | : | |

# ORDER

**AND NOW**, this 11th day of October 2023, upon considering Invata's motion to dismiss (DI 10), Raymond's motion to transfer (DI 16), and all accompanying briefing, it is **ORDERED** that — for the reasons set forth in the accompanying memorandum — Invata's motion to dismiss (DI 10) is **GRANTED** with prejudice and Raymond's motion to transfer (DI 16) is **DENIED**. The Clerk of Court is directed to **CLOSE** this case.

_____
MURPHY, J.